THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. BOLUS, SR.,

    Plaintiff,

v.

THOMAS W. WOLF,

    Defendant.

3:18-CV-2027
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 6th DAY OF MAY, 2019**, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons discussed therein.

2. Defendant's Motion to Dismiss (Doc. 5) is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge